# United States District Court
# Northern District of New York
# Amended Civil Judgment

Douglas Dixie,

                Plaintiff,                Case Number

    -v-                                      5:05cv345 (NAM/GJD)

Commissioner of Social Security,

                Defendant(s)

[X] Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    ORDERED  AND  ADJUDGED, that the Court renders no decision regarding whether the jobs of lobby attendant and usher exist in significant numbers, and it is further

    ORDERED  AND  ADJUDGED,  that this case is remanded back to the Commissioner for further proceedings.

    All of the above pursuant to an Order of Chief United States District Court  Judge, Norman A. Mordue,  dated June 12, 2008.

Dated:   June 25, 2008

                                        LAWRENCE K. BAERMAN,

                                        s/

                                    _____
                                    Marie N. Marra, Deputy Clerk