# United States District Court
# Northern District of New York
# Judgment of Attorney Fees

Douglas Dixie,

                 Plaintiff,                 Case Number

    -v-                                           5:05cv345 (NAM/GJD)

Commissioner of Social Security,

                 Defendant(s)

[X] Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED, and stipulated by and between the attorneys for the parties in the instant action, and that no party to this action is an infant or incompetent person and that an attorney fee under the Equal Access to Justice Act, 28 U.S.C. 2412, in the amount of $5,717.79 be and hereby is payable to Jennifer Gale Smith.

     All of the above pursuant to an Order of Chief United States District Court Judge, Norman A. Mordue, dated August 6, 2008.

                                                   LAWRENCE K. BAERMAN,

Dated:  August 8, 2008

                                                        s/
                                                    _____
                                                    Marie N. Marra, Deputy Clerk